**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **THELMA MAIDEN,** | Bankruptcy No. 17-09067 |
| Debtors. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
<u>NOTICE OF TRUSTEE'S FINAL REPORT</u>**

    I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #39)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on May 13, 2019.

Dated: May 13, 2019                    **Zane L. Zielinski,** not individually but as the
                                                              chapter 7 trustee of the bankruptcy estate of
                                                              **THELMA MAIDEN,**

                                                              By: <u>/s/ Zane L. Zielinski</u>
                                                              Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  <u>trustee@zanezielinski.com</u>

**Mailing Information for Case** 17-09067

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Peter C Bastianen**   ND-Four@il.cslegal.com
- **Mark S Bernachea**   mbernachea@blittandgaines.com, ilnb.courtview@SLFCourtview.com
- **Adam G. Brief**   Adam.Brief@usdoj.gov
- **Megan Holmes**   mholmes@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Daniel J Nickel**   daniel@nickellawoffice.com, daniel.nickel@gmail.com

**Manual Notice List**

Onemain Consumer Loan, Inc
As Servicer For Springcastle Credit
Funding Trust
Po Box 3251
Evansville, In 47731-3251

Thelma Maiden
24D FERNWOOD DR
BOLINGBROOK, IL  60440